1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ANTHONY FALLON,

11           Plaintiff,                    CIV-S-06-1067 FCD PAN (GGH) PS

12       vs.

13   UNITED STATES GOVERNMENT,

14           Defendant.                    ORDER

15   _____/

16           On July 5, 2006, the magistrate judge filed findings and recommendations herein

17   which were served on the parties and which contained notice that any objections to the findings

18   and recommendations were to be filed within ten days.  No objections were filed.

19            Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23           The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1       Accordingly, IT IS ORDERED that:

2       1.  The Proposed Findings and Recommendations filed July 5, 2006, are

3    ADOPTED; and

4       2.  The complaint is dismissed with prejudice.

5    DATED:August 16, 2006

6

7                                                    /s/ Frank C. Damrell Jr.
                                                     FRANK C. DAMRELL JR.
8                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26